**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 88 MAL 2015
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
MICHAEL SCOTT DASBURG, :
:
               Petitioner :

**ORDER**


**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.